DAN SIEGEL, SBN 56400
Email: danmsiegel@gmail.com
JANE BRUNNER, SBN 135422
Email: janebrunner@hotmail.com
EMILYROSE JOHNS, SBN 294319
Email: emilyrose@siegelyee.com
SIEGEL, YEE & BRUNNER
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 839-1200

ELIZABETH KRISTEN, SBN 218227
Email: ekristen@legalaidatwork.org
KIM TURNER, SBN 277520
Email: kturner@legalaidatwork.org
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848

Attorneys for Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.S. by and through their next friend JERAMIE STRUTHERS; J.M.B. and J.E.B., by and through their next friend JAMES BRANDT; E.A., by and through her next friend HAZEL BRANDT; C.K. by and through her next friend TERESA HILL; and G.K. by and through her next friend LESLIANN JONES and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RED BLUFF JOINT UNION HIGH SCHOOL DISTRICT,<br><br>Defendant. | Case No. 2:17-cv-00489-TNL-EFB<br><br>ORDER ENTERING SETTLEMENT AGREEMENT, CONDITIONALLY DISMISSING ACTION WITHOUT PREJUDICE, AND RETAINING JURISDICTION |

The Plaintiffs and the Defendant have entered into a Settlement Agreement and Incorporated Statement of Commitment ("Agreement") (Exhibit B).

ORDER that the Settlement Agreement and Incorporated Statement of Commitment (Exhibit B) and all its terms are herein fully incorporated in this Order;

ORDER that the Court shall retain continuing jurisdiction over all of the terms in the Agreement to enforce as provided in the Agreement;

ORDER that the Complaint is conditionally dismissed without prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(2);

ORDER that the Court shall issue a final judgment with prejudice pursuant to Fed. R. Civ. Proc. 54 and subject to 28 U.S.C. § 1291, on occurrence of one of the events representing fulfillment of the Settlement Agreement as provided in Section F.7 of the Agreement;

ORDER that the Court retain jurisdiction pursuant to 28 U.S.C. § 1331 to enforce any provision of the Agreement as provided for in Section F.7 of the Settlement Agreement;

ORDER that for all other purposes, this civil action is to be placed on the inactive docket, subject to recall to the active docket, should enforcement of the Agreement be necessary.

IT IS SO ORDERED

Dated: November 15, 2017

_____
Troy L. Nunley
United States District Judge

Order Entering Settlement Agreement, Conditionally Dismissing Action
Without Prejudice, and Retaining Jurisdiction
*T.S., J.M.B., J.E.B., E.A., C.K., AND G.K. ET AL. v.*
*RED BLUFF JOINT UNION HIGH SCHOOL DISTRICT*
Case No. 2:17-cv-00489-TNL-EFB

Dated: November 13_, 2017                      Respectfully submitted,

**SIEGEL, YEE & BRUNNER**

By ___*/s/ Jane Brunner*

Jane Brunner, SBN 135422
Dan Siegel, SBN 56400
EmilyRose Johns, SBN 294319

**LEGAL AID AT WORK**

By *ced /s/ Kim Turner*

Elizabeth Kristen, SBN 218227
Kim Turner, 277520
Attorneys for Plaintiffs and
the Proposed Class

LEONE & ALBERTS
By */s/* Jimmie E. Johnson

Attorney's for Defendant Red Bluff Joint
Union High School District