DAN SIEGEL, SBN 56400
Email: danmsiegel@gmail.com
JANE BRUNNER, SBN 135422
Email: janebrunner@hotmail.com
EMILYROSE JOHNS, SBN 294319
Email: emilyrose@siegelyee.com
SIEGEL, YEE & BRUNNER
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 839-1200

ELIZABETH KRISTEN, SBN 218227
Email: ekristen@legalaidatwork.org
KIM TURNER, SBN 277520
Email: kturner@legalaidatwork.org
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848

Attorneys for Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.S. by and through their next friend JERAMIE STRUTHERS; J.M.B. and J.E.B., by and through their next friend JAMES BRANDT; E.A., by and through her next friend HAZEL BRANDT; C.K. by and through her next friend TERESA HILL; and G.K. by and through her next friend LESLIANN JONES and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>RED BLUFF JOINT UNION HIGH SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 2:17-cv-00489-TNL-EFB<br><br>**STIPULATION AND ORDER TO SEAL DOCUMENT NO. 30, MOTION TO ENTER SETTLEMENT AGREEMENT; CONDITIONALLY DISMISS ACTION, WITHOUT PREJUDICE; AND RETAIN JURISDICTION**<br><br>Judge: Troy L. Nunely<br>Case Filed: November 17, 2017 |

On November 13, 2017, plaintiffs filed Document No. 30, Motion to Enter Settlement Agreement; Conditionally Dismiss Action, Without Prejudice; and Retain Jurisdiction which included the full names of the minor plaintiffs. The Clerk informed the plaintiffs' attorney that the Federal Court cannot file the Settlement Agreement with the minors' full names on it.

On November 14, 2017, plaintiffs filed Document No. 31, the same Motion to Enter Settlement Agreement, with the minor plaintiffs' names redacted.

IT IS HEREBY STIPULATED by the parties, through their respective attorneys of record, that the Court seal Document No. 30.

ORDER that Document No. 30, Motion to Enter Settlement Agreement; Conditionally Dismiss Action, Without Prejudice; and Retain Jurisdiction, be sealed.

IT IS SO ORDERED

Date this 5th day of December, 2017

_____
Troy L. Nunley
United States District Judge

Dated: November 21, 20177    Respectfully submitted,

**SIEGEL, YEE & BRUNNER**

By ___/s/ Jane Brunner___

Jane Brunner, SBN 135422
Dan Siegel, SBN 56400
EmilyRose Johns, SBN 294319

---

Stipulation and Order to Seal Document No. 30
*T.S., J.M.B., J.E.B., E.A., C.K., AND G.K. ET AL. v.*
*RED BLUFF JOINT UNION HIGH SCHOOL DISTRICT*

**LEGAL AID AT WORK**

By /s/ Kim Turner
Elizabeth Kristen, SBN 218227
Kim Turner, 277520

Attorneys for Plaintiffs and the Proposed Class

**LEONE & ALBERTS**

By: /s/ Jimmie E. Johnson

Louis A. Leone, SBN 099874
Jimmie E. Johnson, SBN 223344

Attorneys for Defendant