Sloan R. Simmons, SBN 233752
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone: (916) 329-7433
Facsimile: (916) 329-9050

Attorneys for Defendant
RED BLUFF JOINT UNION HIGH SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.S., by and through their next friend JERAMIE STRUTHERS; J.M.B. and J.E.B., by and through their next fried JAMES BRANDT; E.A., by and through her next friend HAZEL BRANDT; C.K. by and through her next friend TERESA HILL; and G.K. by and through her next friend LESLIANN JONES and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>RED BLUFF JOINT UNION HIGH SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 2:17-CV-00489-TLN-EFB<br><br>**NOTICE OF COMPLETION OF SETTLEMENT AGREEMENT MONITORING PERIOD; AND ORDER RE: FINAL DISMISSAL WITH PREJUDICE**<br><br>Judge:         Hon. Troy L. Nunley<br>Courtroom:   7<br>Action Filed:   March 7, 2017 |

TO THE HONORABLE COURT, PLAINTIFFS AND THEIR COUNSEL OF RECORD HEREIN:

Defendant RED BLUFF JOINT UNION HIGH SCHOOL DISTRICT ("District") hereby requests that you PLEASE TAKE NOTICE OF THE FOLLOWING and correspondingly requests the Court enter a Final Dismissal with Prejudice in this action:

1. This action was initiated on March 7, 2017.  ECF DOC. NO. 1.

2. On November 14, 2017, the Parties jointly moved the Court for an order "concerning the Parties' settlement of the . . . Action . . . , which, if entered, conditionally dismisses the Action, without prejudice, pursuant to Fed. R. Civ. Proc. 41 (a)(2), with this Court retaining jurisdiction to enforce the settlement." ECF DOC. NO. 31 at 2.  The joint motion also sought the Court to retain jurisdiction and, at a later date, enter a final dismissal with prejudice in the action, following certain conditions having been met.  ECF DOC. NO. 31 at 2.  Attached to said request and motion as Exhibit A was the proposed order on the motion, and attached as Exhibit B was an endorsed copy of the parties' subject settlement agreement.  See ECF DOC. NO. 31 at 3-53.

3. On November 16, 2017, the Court entered an order which served to enter the Parties' settlement agreement, conditionally dismissing the action without prejudice, with the Court retaining jurisdiction.  ECF DOC. NO. 33.  Among other provisions, the Court's November 16, 2017 Order provided: "that the Court shall issue a final judgment with prejudice pursuant to Fed. R. Civ. Proc. 54 and subject to 28 U.S.C. § 1291, on occurrence of one of the events representing fulfillment of the Settlement Agreement as provided in Section F.7 of the Agreement[.]" ECF DOC. NO. 33 at 2.  The Court's order also provided "that for all other purposes, this civil action is to be placed on the inactive docket, subject to recall to the active docket, should enforcement of the Agreement be necessary." ECF DOC. NO. 33 at 2.

4. Consistent with the November 14, 2017 motion, and the Court's November 16, 2017 order, Paragraph F.7 of the parties' settlement agreement provides as follows, in relevant part: "If the Court grants the parties' motion for a conditional dismissal, **then a conditional dismissal will be followed by a final dismissal with prejudice either on performance of the terms of the Agreement**

1  **at the end of the three year term**, or as stipulated to by the parties unless Plaintiffs successfully

2  petition to extend the term of the agreement." ECF DOC. NO. 31 at 12 (emphasis added).

3      5.    The terms which the District was obligated to complete under the settlement agreement

4  are set forth at pages 8 through 19 of the agreement, all of which were subject to monitoring for

5  compliance by an Independent Title IX Consultant, as set forth at pages 17 and 18 of the settlement

6  agreement. *See* ECF DOC. NO. 31 at 16-27.

7      6.    The term of the Court's continuing jurisdiction, overlapping with the settlement

8  agreement monitoring period of the Independent Title IX Consultant, was three years, and that three

9  year period concluded in the fall of 2020. *See* ECF DOC. NO. 31 at 26.

10      7.    Attached hereto as Exhibit "A" and incorporated by reference is the October 30, 2017

11  letter to the District from the Independent Title IX Consultant, in which the Independent Title IX

12  Consultant confirms the District's successful completion and satisfaction of the settlement agreement

13  during the three-year monitoring period, and otherwise successful implementation of the District's

14  obligations under the settlement agreement terms. *See* EX. A at 3.

15      8.    Based upon the District's successful satisfaction of the settlement agreement's terms as

16  memorialized by the Independent Title IX Consultant in Exhibit A, pursuant to this Court's November

17  16, 2017 Order and paragraph F.7 of the Parties' settlement agreement, the Court must now enter a

18  "final dismissal with prejudice . . . on performance of the terms of the agreement at the end of the three

19  year term . . . ." *See* ECF DOC. NO. 31 at 12.

20  Dated: January 28, 2021            Respectfully Submitted,

21                        **LOZANO SMITH**

22

23                        /s/ Sloan R. Simmons
                      SLOAN R. SIMMONS

24                        Attorney for Defendant
                      RED BLUFF JOINT UNION HIGH SCHOOL

25                        DISTRICT

LOZANO SMITH
One Capitol Mall, Suite 640, Sacramento, CA 95814
Tel 916-329-7433  Fax 916-329-9050

**ORDER**

Pursuant to the foregoing Notice, the Court's November 16, 2017 Order, and the Parties' Settlement Agreement entered by this Court on November 6, 2017, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The District having successfully completed satisfaction of the terms of the Parties' Settlement Agreement over the designated three-year monitoring period, this Action is Dismissed with Prejudice, constituting a final dismissal of this Action, and this Action is hereby closed.

**IT IS SO ORDERED.**

Dated:   January 29, 2021

_____
Troy L. Nunley
United States District Judge

LOZANO SMITH
One Capitol Mall, Suite 640, Sacramento, CA 95814
Tel 916-329-7433  Fax 916-329-9050

Not. of Completion of Settlement Monitoring Period;   - 4 -   T.S., et al v. Red Bluff JUHSD, et al.
& Order Re: Final Dismissal With Prejudice   Case No. 2:17-cv-00489-TLN-EFB